**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. 18-374-RC** |
| **JORGE IVAN GASTELUM-AVILA** | * | |

* * * * *

**DEFENDANT'S EMERGENCY MOTION TO MODIFY CONDITIONS OF CONFINEMENT**

COMES NOW the defendant, Jorge Ivan Gastelum-Avila, through counsel, Alfred Guillaume III, Esq., who hereby moves this Court to modify conditions of confinement. In support thereof, he states as follows:

1. Mr. Gastelum-Avila was extradited to the United States from Mexico in April 2023.

2. Mr. Gastelum-Avila made his first appearance before the Court for an initial appearance on April 3, 2023.

3. Mr. Gastleum-Avila has been held at the Alexandria Detention Center since arriving in the United States.

4. The conditions of confinement at the Alexandria Detention Center have been unduly harsh, and not up to acceptable standards for pretrial detainees in this District.

5. Mr. Gastelum-Avila is locked down almost twenty-four hours a day and is only allowed to leave his cell between midnight and 2 a.m., to shower or make phone calls to family in Mexico or to undersigned counsel.

6. Mr. Gastelum-Avila is housed in the booking area of the jail. The lights in the booking area remain illuminated twenty-four hours per day.

7. Mr. Gastleum-Avila cannot sleep through the night due to the constant influx of new inmates as well as the constant light and noise in the booking area.

8. Mr. Gastleum-Avila has only been given one blanket in his cell, and the constant flow of the air-conditioner cause him great discomfort.

9. Undersigned counsel has been informed that the jail has no plans to transfer Mr. Gastelum-Avila to the general population, because of his alleged high-profile status as inmate, not citing any specific security threat or concern.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that the Court immediately order the United States Marshals to require the Alexandria Jail move him to a different area of the jail or find alternative housing for Mr. Gastelum-Avila.

Respectfully submitted,

Alfred Guillaume

ALFRED GUILLAUME III, #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington D.C. 20036

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, a copy of Defendant's Motion, was electronically filed in this case to all parties of record.

Alfred Guillaume

Alfred Guillaume III, #MD0085