UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 18 CR. 374 (RC) |
| v. | : | |
| JORGE IVAN GASTELUM AVILA | : | |
| Defendant. | : | |

**DEFENDANT'S SUPPLEMENT TO MOTION FOR LEGAL**
**LEGAL VISITATION BY MEXICAN ATTORNEY**

This Court conducted a status hearing on September 19, 2023, during which the scope of legal visitation by the defendant's Mexican attorney at the Alexandria Jail was discussed. The defendant's Mexican attorney Cinthya Castillo was present in the courtroom for the proceeding. The Court noted during the hearing that the Marshals Service had advised chambers (as it had previously advised undersigned counsel) that Attorney Castillo could visit the defendant in the presence of his United States Attorney.

After the status hearing ended, undersigned wrote the Deputy United States Marshal Leodis Brown to advise that Attorney Castillo was present in the United States, that both attorneys intended to visit the defendant at the Alexandria Jail later that day, and to confirm that Castillo's name was on the list of approved visitators. In an email sent to undersigned on September 19, 2023 at 12:03 p.m., Deputy Brown replied as follows:

> **There is a motion pending before the Court. The USMS does not plan to take any action until a decision has been made by the Court.**

Undersigned responded to the deputy to be absolutely sure that he understood that the request was for Attorney Castillo to enter in undersigned's presence. The deputy did not provide any additional response.

Because Attorney Castillo was physically present in the United States, undersigned considered that perhaps there had been some miscommunication and that it would be prudent to travel to the Alexandria Jail and determine whether entry by both attorneys could be accomplished. Accordingly, at approximately 8:30 p.m. on September 19, 2023, undersigned counsel and Attorney Castillo travelled to the Alexandria Jail. Upon arriving, undersigned advised the officers that Mr. Gastellum was charged in a federal district court case in Washington, D.C. and could only receive legal visitation by persons approved by the United States Marshals Service. After a brief wait, the shift commander spoke with undersigned and advised that Attorney Castillo's name was not approved for legal visitation by Deputy Brown. He was therefore unable to allow Attorney Castillo to enter the jail, even in undersigned's presence.

These most recent events are an unfortunate continuation of the problems that undersigned has encountered in this case. Worse, the defendant was denied a legal visitation by his Mexican attorney while she was in the United States and undersigned was available to accompany her to the jail.

Accordingly, the defense asks this Court to grant the pending Motion for access by the defendant's Mexican attorney so that counsel (with Attorney Castillo's assistance) might return to defending his client. [1]

Respectfully submitted,

*Robert Feitel*

________________________________

Robert Feitel, Esquire
Law Office of Robert Feitel

[1] Undersigned advised the prosecutor assigned to this case of these events as they were transpiring, and the Government again advised that it had no position as to the relief requested.

1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to the Kirk Handrich, Narcotic and Dangerous Section, this 23rd day of September, 2023. An email copy of the Motion and Proposed Order will also be sent via email to the U.S. Marshals Service.

*Robert Feitel*

______________________________
Robert Feitel