**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JORGE IVAN GASTELUM AVILA,**<br><br>**also known as "Orso Ivan Gastelum Cruz," "Cholo Ivan," "El Cholo," "Vago," "Bago," and Geronimo,"**<br><br>**Defendant.** | **CRIMINAL NO. 18-CR-374 (RC)** |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Jayce Born, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as an attorney for the Government.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: *__/s/ Jayce Born__*
Jayce Born
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.: (202) 616-2656
Email: Jayce.Born@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 26th day of June 2024.

*/s/ Jayce Born*
Jayce Born
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice