**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JORGE IVAN GASTELUM AVILA,**<br><br>**also known as "Orso Ivan Gastelum Cruz," "Cholo Ivan," "El Cholo," "Vago," "Bago," and Geronimo,"**<br><br>**Defendant.** | **CRIMINAL NO. 18-CR-374 (RC)** |

**<u>NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL</u>**

The United States of America, by and through the Chief of the Money Laundering, Narcotics and Forfeiture Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Josh Katcher, Trial Attorney of the Money Laundering, Narcotics and Forfeiture Section, is substituting Government counsel of record Tara Arndt and Samantha Thompson, who can be terminated as Government counsel in this case.

Respectfully Submitted,

MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice

By: *__/s/Josh Katcher_________*
Josh Katcher
Trial Attorney
Narcotic and Dangerous Drug Unit
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7623
Email: Joshua.Katcher@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 12th day of March 2026.

*/s/ Josh Katcher*
Josh Katcher
Trial Attorney
Narcotic and Dangerous Drug Unit
Criminal Division
U.S. Department of Justice